IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDYTA STROZYK,                      :
                                    :   CIVIL ACTION
          Plaintiff,                :   NO. 16-6686
                                    :
    v.                              :
                                    :
PHOENIXVILLE HOSPITAL, LLC.         :
                                    :
          Defendant.                :

# O R D E R

**AND NOW** this **18th** day of **January, 2019,** upon consideration of Defendant Phoenixville Hospital's motion for summary judgment (ECF No. 25), and the responses and reply thereto (ECF Nos. 26 & 27 Exh. A), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that

    1.   Defendant's motion for leave to file a reply (ECF No. 27) is **GRANTED;** and

    2.   Defendant's motion for summary judgment (ECF No. 25) is **GRANTED.**

        **AND IT IS SO ORDERED.**

                                **/s/ Eduardo C. Robreno**
                                **EDUARDO C. ROBRENO,   J.**